1  DANIEL MALAKAUSKAS, SBN 265903
   P.O. Box 7006
2  Stockton, CA 95267
   Telephone: (866)790-2242
3  Facsimile: (888)802-2440

4  Attorney for Plaintiff:
   AURORA CERVANTES

5

6

7                    **UNITED STATES DISTRICT COURT**

8                    **EASTERN DISTRICT OF CALIFORNIA**

9                            **FRESNO DIVISION**

10

11                                              | **CASE NO.: 1:14-CV-00250-LJO-SMS**

12  AURORA CERVANTES,                           | **PLAINTIFF'S MOTION FOR**
                                                | **CONTINUANCE OF THE PRETRIAL**
13                                              | **SCHEDULING CONFERENCE  AND**
                                                | **ORDER GRANTING THEREOF**
14           PLAINTIFF,

15

16

17       v.

18  DIAZ AND SONS OF ATWATER, INC.,
    dba ALMOND TREE RESTAURANT,
19  DIAZ AND SONS OF ATWATER, INC.,
    and DOES 1-10, inclusive,
20           DEFENDANTS.

21           DEFENDANTS.

22
    **LET THIS HONORABLE COURT TAKE NOTICE:**
23

24

25       Plaintiff hereby submits, and requests, through this motion for a continuance of the

26  pretrial scheduling conference, that the court, through its tolerance, continue the scheduled

27  pretrial scheduling conference for at least thirty (30) days, in which to give plaintiff the

28  necessary time to serve defendants with process.


**MOTION FOR A CONTINUANCE OF THE PRETRIAL SCHEDULING**
**CONFERENCE AND [PROPOSED] ORDER GRANTING THEREOF**                    1

1  Date:  May 19th, 2014                                    Respectfully Submitted,

2

3
                                                         /s/Daniel Malakauskas
4                                                        By: Daniel Malakauskas
                                                         Attorney for Plaintiff,
5                                                        AURORA CERAVNTES

6

7

8

9                                       **ORDER**

10

11       **IT IS HEREBY ORDERED**, that the pretrial scheduling conference is continued from

12  May 21st, 2014, until July 2, 2014, at 10:30 am.

13

14

15  Dated: May 19, 2014              /s/ SANDRA M . SNYDER
                                     UNITED STATES MAGISTRATE JUDGE
16

17

18

19

20

21

22

23

24

25

26

27

28

**MOTION FOR A CONTINUANCE OF THE PRETRIAL SCHEDULING
CONFERENCE AND [PROPOSED] ORDER GRANTING THEREOF**                          2