# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AURORA CERVANTES,<br><br>  Plaintiff,<br><br>  v.<br><br>DIAZ AND SONS OF ATWATER, INC., dba Almond Tree Restaurant, and DIAZ AND SONS OF ATWATER, INC.,<br><br>  Defendants. | Case No. 1:14-cv-00250-LJO-SMS<br><br>ORDER AFTER SETTLEMENT<br><br><br><br>(Doc. 6) |

Plaintiff Aurora Cervantes has filed notice with the Clerk of Court that she has reached a settlement with Defendants Diaz and Sons of Atwater, Inc., and Diaz and Sons of Atwater, Inc., doing business as Almond Tree Restaurant.  Pursuant to Local Rule 160, the Court ORDERS plaintiff and Defendants, no later than sixty (60) days from the date of this order, to file appropriate papers to dismiss this action against Defendants Diaz and Sons of Atwater, Inc., and Diaz and Sons of Atwater, Inc., doing business as Almond Tree Restaurant, or to show good cause why this action has not been dismissed.

Failure to comply with this order will be grounds for the imposition of sanctions on counsel or parties who contributed to violation of this order.  *See* Local Rules 160 and 272.  This Court ADMONISHES the parties and counsel that they must obey the Federal Rules of Civil Procedure and this Court's Local Rules and orders and are subject to sanctions as this Court deems appropriate.

**SO ORDERED**
**Dated:  June 25, 2014**

                                    **/s/ Lawrence J. O'Neill**
                                    **United States District Judge**

1