UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AURORA CERVANTES,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>DIAZ AND SONS OF ATWATER,<br>INC., et al.,<br><br>　　　　　　Defendants.<br>_____/ | CASE NO. 1:14-CV-250-LJO-SMS<br><br>**ORDER TO DISMISS AND CLOSE ACTION**<br>(Doc. 8.) |

　　　On July 1, 2014, Aurora Cervantes ("Plaintiff") filed a notice of voluntary dismissal of all Defendants under Fed. R. Civ. P. 41(a)(1). Doc. 8 at 1. This request will be construed as one for voluntary dismissal under Fed. R. Civ. P. 41(a)(1)(A)(i) because no defendant has yet filed an answer or motion for summary judgment. Plaintiff requests that the Court issue an order dismissing her complaint in its entirety with prejudice. *Id.*

　　　Based on Plaintiff's notice of voluntary dismissal under Fed. R. Civ. P. 41(a)(1)(A)(i), this Court:

　　　1.　　DISMISSES with prejudice this entire action and all claims;

　　　2.　　VACATES all pending matters and dates, including the July 2, 2014 scheduling conference; and

　　　3.　　DIRECTS the clerk to close this action.

**SO ORDERED**
**Dated: July 2, 2014**
　　　　　　　　　　　　　　　　　　　　/s/ Lawrence J. O'Neill
　　　　　　　　　　　　　　　　　　　　**United States District Judge**